**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 2008-074-WOB-CJS**

**GEROGE B. COFFEY**                                            **PLAINTIFF**

**VS.**                                     <u>**ORDER**</u>

**JANET NAPOLITANO, Secretary of
the Department of Homeland Security**                  **DEFENDANT**

     This matter is before the court upon the Report and Recommendation of the United States Magistrate Judge, and having considered <u>de novo</u> those objections filed thereto by plaintiff, and the court being sufficiently advised,

     **IT IS ORDERED AND ADJUDGED** that the objections to the Report and Recommendation of the Magistrate Judge (Doc. #68) be, and they are, hereby **overruled**; that the Report and Recommendation of the Magistrate Judge (Doc. #61) be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the court; that defendant's motion for summary judgment (Doc. #39) be, and it hereby is, **granted**; that plaintiff's claims against defendant be, and they hereby are, **dismissed with prejudice**; and that this matter

be, and it hereby is, **stricken** from the docket of this court.  A separate Judgment shall enter concurrently herewith.

This 11th day of May, 2011.



Signed By:
William O. Bertelsman  WOB
United States District Judge